UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20397-CIV-LENARD/WHITE

**RONALD CHOUINARD**,

    Petitioner,

vs.

**UNITED STATES BUREAU OF PRISONS,**

    Respondent.

_____/

**ORDER OF DISMISSAL**

    **THIS CAUSE** is before the Court on the Report of the Magistrate Judge issued on June 25, 2008 (D.E. 8), which recommends denial of Petitioner Ronald Chouinard's petition for a writ of habeas corpus. No objections to the Report have been filed, but, after an independent review of the record, it appears that Petitioner is no longer incarcerated, and his petition is therefore moot. Accordingly, it is:

    **ORDERED AND ADJUDGED** that:

    1.    The Report of the Magistrate Judge (D.E. 8) is **ADOPTED**.

    2.    The habeas petition filed by Petitioner on or about February 11, 2008 (D.E. 1), is **DENIED.**

    3.    All pending motions not otherwise ruled upon are **DENIED as moot**.

    4.    This case is **CLOSED**.

    **DONE AND ORDERED** in Chambers at Miami, Florida this 26th day of June, 2008.

                                                                                    **JOAN A. LENARD**
                                                                                    **UNITED STATES DISTRICT JUDGE**